JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SON LORN, <br>     Petitioner, <br>   vs. <br><br> SUZAN HUBBARD, Warden, <br><br>     Respondent. | Case No. CV 11-4480-DOC (DTB) <br><br> **J U D G M E N T** |

  Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: May 11, 2012

               *David O. Carter*
               DAVID O. CARTER
               UNITED STATES DISTRICT JUDGE